No. 800. MOBIL OIL CO. *v.* LOCAL 7–644, OIL, CHEMI-CAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO. C. A. 7th Cir. Certiorari denied. *William H. Armstrong* and *Robert L. Broderick* for petitioner. *Harold Gruenberg* for respondent.

No. 355. LITTELL *v.* NAKAI. C. A. 9th Cir. Motion to dispense with printing respondent's brief granted. Certiorari denied. *Frederick Bernays Wiener* and *John F. Doyle* for petitioner. *Harold E. Mott* for respondent. *Solicitor General Marshall* for the United States, as *amicus curiae,* in opposition.

No. 566. HOOPER *v.* UNITED STATES. C. A. 6th Cir. Motion for leave to file a supplement to the petition granted. Motion to dispense with printing petition granted. Certiorari denied. *Charles Orlando Pratt* and *Hamilton W. Kenner* for petitioner. *Solicitor General Marshall* and *Charles J. McCarthy* for the United States.

No. 603. ENGLAND ET UX. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Ernest Rubenstein* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *I. Henry Kutz* for the United States. Briefs of *amici curiae,* in support of the petition, were filed by *Graham W. McGowan* for the Electronic Industries Association; by *John R. Turney, Jr.,* for the Manufacturing Chemists' Association, Inc.; by *George R. Fearon* and *Richard B. Barker* for the Associated Industries of New York State, Inc.; and by *Lambert H. Miller* for the National Association of Manufacturers of the United States.